LINCOLN COUNTY COURT *v.* NATIONAL BANK OF STANFORD.

**Taxation of Banks and Bank Stock.**

It is only the property of a bank that must be listed by it for taxation, and the stock of the bank held by stockholders is not to be listed by the bank.

APPEAL FROM LINCOLN CIRCUIT COURT.

March 30, 1880.

OPINION BY JUDGE PRYOR:

If the bank stock can be made liable or subject to taxation for county purposes there is no law making the bank an agent for the stockholder to list this estate, and certainly no statute requiring the bank to pay the tax of the stockholder.

It is the property of the bank that must be listed for taxation, and not the property of the stockholder. The case of *Trustees of Eminence v. Eminence Deposit Bank,* 12 Bush 538, is conclusive of this question. The bank owes the amount of the stock to individual

36

stockholders and cannot be taxed on its liabilities.   See *National Bank v. Commonwealth,* 9 Wall. (U. S.) 353.

Judgment *affirmed.*

*W. H. Miller, for appellant.*

*J. S. & R. W. Hocker, Hill & Alcorn, for appellee.*